# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 20, 2012

Robert P. Young, Jr.,
Chief Justice

145532

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN THE MATTER OF

HONORABLE KENNETH D. POST                    SC: 145532
58TH DISTRICT COURT                          JTC Formal Complaint 90

BEFORE THE JUDICIAL TENURE COMMISSION

_____/

On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered and Honorable A. John Pikkarainen is appointed Master to hear Formal Complaint No. 90.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 20, 2012 _____          _____

Clerk